**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID GUERRERO,<br><br>        Plaintiff,<br><br>    vs.<br><br>RIVERA et al.,<br><br>        Defendants. | ) Case No. EDCV 13-0092-JGB (JPR)<br>)<br>)<br>) ORDER TO SHOW CAUSE RE DISMISSAL<br>) FOR FAILURE TO PAY INITIAL<br>) PARTIAL FILING FEE<br>)<br>)<br>) |

    On January 29, 2013, Plaintiff was granted permission pursuant to 28 U.S.C. § 1915(b)(1) to file the above-referenced action without paying the full filing fee of $350.00, but Plaintiff was ordered to pay an initial partial filing fee, in the amount of $16.62, within 30 days to the Clerk of Court. To date, the payment has not been received.

    Plaintiff has not complied with § 1915(b)(1) and is hereby ORDERED TO SHOW CAUSE why this action should not be dismissed without prejudice for Plaintiff's failure to timely pay the initial partial filing fee.

    Plaintiff must file a response to this Order to Show Cause no later than 20 days from the date of this Order. Failure to file a response within the time specified may result in the

1  dismissal of this action without prejudice.  If the initial
2  partial filing fee is received within the 20-day period, no
3  further response to this Order to Show Cause is necessary.

DATED: March 28, 2013

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE