O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUERRERO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STANLEY SNIFF et al.,<br><br>　　　　Defendants. | Case No. EDCV 13-0092-JGB (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF<br>U.S. MAGISTRATE JUDGE |

　　The Court has reviewed the Second Amended Complaint, records on file, and Report and Recommendation of the U.S. Magistrate Judge. See 28 U.S.C. § 636. On December 4, 2014, Plaintiff filed objections to the R&R. He mainly repeats arguments made in his opposition to Defendants' summary judgment motion and argues the merits of his claims, which are not at issue given the Magistrate Judge's finding that Defendants' motion should be granted because Plaintiff never exhausted his administrative remedies.

　　Having made a de novo determination of those portions of the R&R to which Plaintiff objected, the Court accepts the findings and recommendations of the Magistrate Judge.

1    IT THEREFORE IS ORDERED that Defendants' motion for summary judgment is GRANTED, Plaintiff's <u>Pitchess</u> motion is DENIED as moot, and judgment be entered for Defendants.

DATED: December 29, 2014   _____
JESUS G. BERNAL
U.S. District Judge