JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID GUERRERO, | ) | Case No. EDCV 13-0092-JGB (JPR) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **J U D G M E N T** |
| vs. | ) | |
| | ) | |
| STANLEY SNIFF et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendants and this action is dismissed.

DATED: December 29, 2014

JESUS G. BERNAL
U.S. DISTRICT JUDGE